# EXHIBIT B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**
**Schedule of Investor Payments to and from NASI**
**Turell, Harvey & Linda**
Investor Acct. 6-0159 & 6-0834

| Investor: | | Deposits (Investment) | Payments to Investor | Balance ((Profit)/ Loss) |
|---|---|---|---|---|
| Turell, Harvey & Linda | 6-0159 & 6-0834 | $ 1,327,500.00 | $ (2,191,738.00) | $ (864,238.00) |

**Turell, Harvey & Linda - Deposits:**

| Bank Name | Account # | Date | Payor/Payee | Memo/Notes | Amount | |
|---|---|---|---|---|---|---|
| CNB | 22414410 | 01/27/03 | Turell, Harvey & Linda | | $ | 187,500.00 |
| CNB | 22414410 | 10/01/03 | Turell, Harvey & Linda | | $ | 300,000.00 |
| CNB | 22414410 | 09/25/04 | Turell, Harvey & Linda | | $ | 120,000.00 |
| CNB | 22414410 | 07/22/08 | Turell, Harvey & Linda | 33 ATMs | $ | 396,000.00 |
| CNB | 22414410 | 09/08/08 | Turell, Harvey & Linda | 17 ATMs | $ | 204,000.00 |
| CNB | 22414410 | 03/12/10 | Turell, Harvey & Linda | 10 ATMs | $ | 120,000.00 |
| | | | | Total | $ | 1,327,500.00 |

**Turell, Harvey & Linda - Payments from NASI:**

| Bank Name | Account # | Date | Payor/Payee | Memo/Notes | Amount | Annual (Excl. Buybacks) |
|---|---|---|---|---|---|---|
| CNB | 22414399 | 02/01/03 | Turell, Harvey & Linda | | $ (3,125.00) | |
| CNB | 22414399 | 03/01/03 | Turell, Harvey & Linda | | $ (3,125.00) | |
| CNB | 22414399 | 04/01/03 | Turell, Harvey & Linda | | $ (3,125.00) | |
| CNB | 22414399 | 05/01/03 | Turell, Harvey & Linda | | $ (3,125.00) | |
| CNB | 22414399 | 06/01/03 | Turell, Harvey & Linda | | $ (3,125.00) | |
| CNB | 22414399 | 07/01/03 | Turell, Harvey & Linda | | $ (3,125.00) | |
| CNB | 22414399 | 08/01/03 | Turell, Harvey & Linda | | $ (3,125.00) | |
| CNB | 22414399 | 09/01/03 | Turell, Harvey & Linda | | $ (3,125.00) | |
| CNB | 22414399 | 10/01/03 | Turell, Harvey & Linda | | $ (3,125.00) | |
| CNB | 22414399 | 11/01/03 | Turell, Harvey & Linda | | $ (8,125.00) | |
| CNB | 22414399 | 12/01/03 | Turell, Harvey & Linda | | $ (8,125.00) | $ (44,375.00) |
| CNB | 22414399 | 01/01/04 | Turell, Harvey & Linda | | $ (8,125.00) | |
| CNB | 22414399 | 02/01/04 | Turell, Harvey & Linda | | $ (8,125.00) | |
| CNB | 22414399 | 03/01/04 | Turell, Harvey & Linda | | $ (8,125.00) | |
| CNB | 22414399 | 04/01/04 | Turell, Harvey & Linda | | $ (8,125.00) | |
| CNB | 22414399 | 05/01/04 | Turell, Harvey & Linda | | $ (8,125.00) | |
| CNB | 22414399 | 06/01/04 | Turell, Harvey & Linda | | $ (8,125.00) | |
| CNB | 22414399 | 07/01/04 | Turell, Harvey & Linda | | $ (8,125.00) | |
| CNB | 22414399 | 08/01/04 | Turell, Harvey & Linda | | $ (8,125.00) | |
| CNB | 22414399 | 09/01/04 | Turell, Harvey & Linda | | $ (8,125.00) | |
| CNB | 22414399 | 10/01/04 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 11/01/04 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 12/01/04 | Turell, Harvey & Linda | | $ (10,125.00) | $ (103,500.00) |
| CNB | 22414399 | 01/01/05 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 02/01/05 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 03/01/05 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 04/01/05 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 05/01/05 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 06/01/05 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 07/01/05 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 08/01/05 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 09/01/05 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 10/01/05 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 11/01/05 | Turell, Harvey & Linda | | $ (10,125.00) | |
| CNB | 22414399 | 12/01/05 | Turell, Harvey & Linda | | $ (9,615.50) | $ (120,990.50) |
| CNB | 22414399 | 01/01/06 | Turell, Harvey & Linda | n/a | $ (9,865.00) | |
| CNB | 22414399 | 02/01/06 | Turell, Harvey & Linda | n/a | $ (9,553.50) | |
| CNB | 22414399 | 03/01/06 | Turell, Harvey & Linda | n/a | $ (9,673.00) | |

| Bank Name | Account # | Date | Payor/Payee | Memo/Notes | Amount | Annual (Excl. Buybacks) |
|---|---|---|---|---|---|---|
| CNB | 22414399 | 04/01/06 | Turell, Harvey & Linda | n/a | $ (9,483.00) | |
| CNB | 22414399 | 05/01/06 | Turell, Harvey & Linda | n/a | $ (9,747.50) | |
| CNB | 22414399 | 06/01/06 | Turell, Harvey & Linda | n/a | $ (9,727.50) | |
| CNB | 22414399 | 07/01/06 | Turell, Harvey & Linda | n/a | $ (9,673.50) | |
| CNB | 22414399 | 08/01/06 | Turell, Harvey & Linda | n/a | $ (9,566.50) | |
| CNB | 22414399 | 09/01/06 | Turell, Harvey & Linda | n/a | $ (9,538.50) | |
| CNB | 22414399 | 10/01/06 | Turell, Harvey & Linda | n/a | $ (9,582.50) | |
| CNB | 22414399 | 11/01/06 | Turell, Harvey & Linda | n/a | $ (9,528.50) | |
| CNB | 22414399 | 12/01/06 | Turell, Harvey & Linda | n/a | $ (9,535.00) | |
| CNB | 22414399 | 12/31/06 | Turell, Harvey & Linda | n/a | $ (9,523.00) | $ (124,997.00) |
| CNB | 22414399 | 02/01/07 | Turell, Harvey & Linda | n/a | $ (9,511.50) | |
| CNB | 22414399 | 03/01/07 | Turell, Harvey & Linda | n/a | $ (9,462.50) | |
| CNB | 22414399 | 04/01/07 | Turell, Harvey & Linda | n/a | $ (9,289.00) | |
| CNB | 22414399 | 05/01/07 | Turell, Harvey & Linda | n/a | $ (9,584.50) | |
| CNB | 22414399 | 06/01/07 | Turell, Harvey & Linda | n/a | $ (9,548.00) | |
| CNB | 22414399 | 07/01/07 | Turell, Harvey & Linda | n/a | $ (9,655.50) | |
| CNB | 22414399 | 08/01/07 | Turell, Harvey & Linda | n/a | $ (9,712.00) | |
| CNB | 22414399 | 09/05/07 | Turell, Harvey & Linda | | $ (9,732.00) | |
| CNB | 22414399 | 10/04/07 | Turell, Harvey & Linda | | $ (9,757.00) | |
| CNB | 22414399 | 11/05/07 | Turell, Harvey & Linda | | $ (9,711.00) | |
| CNB | 22414399 | 12/05/07 | Turell, Harvey & Linda | | $ (9,759.00) | $ (105,722.00) |
| CNB | 22414399 | 01/07/08 | Turell, Harvey & Linda | | $ (9,782.00) | |
| CNB | 22414399 | 01/14/08 | Turell, Harvey & Linda | 20% Adjustment | $ (24,398.50) | |
| CNB | 22414399 | 02/05/08 | Turell, Harvey & Linda | | $ (9,623.50) | |
| CNB | 22414399 | 03/04/08 | Turell, Harvey & Linda | | $ (9,646.00) | |
| CNB | 22414399 | 04/04/08 | Turell, Harvey & Linda | | $ (9,691.50) | |
| CNB | 22414399 | 05/05/08 | Turell, Harvey & Linda | | $ (9,406.50) | |
| CNB | 22414399 | 06/04/08 | Turell, Harvey & Linda | | $ (9,499.50) | |
| CNB | 22414399 | 07/07/08 | Turell, Harvey & Linda | | $ (9,608.50) | |
| CNB | 22414399 | 08/04/08 | Turell, Harvey & Linda | | $ (9,311.00) | |
| CNB | 22414399 | 09/04/08 | Turell, Harvey & Linda | | $ (9,342.50) | |
| CNB | 22414399 | 10/06/08 | Turell, Harvey & Linda | | $ (15,823.50) | |
| CNB | 22414399 | 11/04/08 | Turell, Harvey & Linda | | $ (19,240.50) | |
| CNB | 22414399 | 12/04/08 | Turell, Harvey & Linda | | $ (1,190.50) | |
| CNB | 22414399 | 12/18/08 | Turell, Harvey & Linda | | $ (17,528.00) | $ (164,092.00) |
| CNB | 22414399 | 01/05/09 | Turell, Harvey & Linda | | $ (17,001.00) | |
| CNB | 22414399 | 01/06/09 | Turell, Harvey & Linda | | $ (1,140.00) | |
| CNB | 22414399 | 01/23/09 | Turell, Harvey & Linda | | $ (300.00) | |
| CNB | 22414399 | 02/03/09 | Turell, Harvey & Linda | | $ (16,658.50) | |
| CNB | 22414399 | 02/09/09 | Turell, Harvey & Linda | | $ (1,112.50) | |
| CNB | 22414399 | 03/03/09 | Turell, Harvey & Linda | | $ (16,241.50) | |
| CNB | 22414399 | 03/04/09 | Turell, Harvey & Linda | | $ (1,086.50) | |
| CNB | 22414399 | 04/13/09 | Turell, Harvey & Linda | | $ (15,779.00) | |
| CNB | 22414399 | 04/13/09 | Turell, Harvey & Linda | | $ (1,047.50) | |
| CNB | 22414399 | 04/13/09 | Turell, Harvey & Linda | 20% Adjustment | $ (5,339.00) | |
| CNB | 22414399 | 05/04/09 | Turell, Harvey & Linda | | $ (15,711.00) | |
| CNB | 22414399 | 05/06/09 | Turell, Harvey & Linda | | $ (1,070.00) | |
| CNB | 22414399 | 06/02/09 | Turell, Harvey & Linda | | $ (15,911.00) | |
| CNB | 22414399 | 06/03/09 | Turell, Harvey & Linda | | $ (1,050.00) | |
| CNB | 22414399 | 07/03/09 | Turell, Harvey & Linda | | $ (16,153.50) | |
| CNB | 22414399 | 07/03/09 | Turell, Harvey & Linda | | $ (1,031.00) | |
| CNB | 22414399 | 08/06/09 | Turell, Harvey & Linda | | $ (16,078.00) | |
| CNB | 22414399 | 08/10/09 | Turell, Harvey & Linda | | $ (1,018.00) | |
| CNB | 22414399 | 09/04/09 | Turell, Harvey & Linda | | $ (16,102.50) | |
| CNB | 22414399 | 09/14/09 | Turell, Harvey & Linda | | $ (1,045.50) | |
| CNB | 22414399 | 10/05/09 | Turell, Harvey & Linda | | $ (16,006.50) | |
| CNB | 22414399 | 10/06/09 | Turell, Harvey & Linda | | $ (1,039.50) | |
| CNB | 22414399 | 11/03/09 | Turell, Harvey & Linda | | $ (1,018.50) | |
| CNB | 22414399 | 11/04/09 | Turell, Harvey & Linda | | $ (15,940.50) | |
| CNB | 22414399 | 12/02/09 | Turell, Harvey & Linda | | $ (16,147.00) | |
| CNB | 22414399 | 12/07/09 | Turell, Harvey & Linda | | $ (1,045.50) | $ (212,073.50) |

| Bank Name | Account # | Date | Payor/Payee | Memo/Notes | Amount | Annual (Excl. Buybacks) |
|---|---|---|---|---|---|---|
| CNB | 22414399 | 01/06/10 | Turell, Harvey & Linda |  | $ (16,042.50) |  |
| CNB | 22414399 | 01/06/10 | Turell, Harvey & Linda |  | $ (1,017.00) |  |
| CNB | 22414399 | 02/03/10 | Turell, Harvey & Linda |  | $ (16,376.00) |  |
| CNB | 22414399 | 02/03/10 | Turell, Harvey & Linda |  | $ (1,045.00) |  |
| CNB | 22414399 | 02/25/10 | Turell, Harvey & Linda | 20% adjustment | $ (25,614.50) |  |
| CNB | 22414399 | 03/03/10 | Turell, Harvey & Linda |  | $ (16,334.50) |  |
| CNB | 22414399 | 03/04/10 | Turell, Harvey & Linda |  | $ (1,062.00) |  |
| CNB | 22414399 | 04/02/10 | Turell, Harvey & Linda |  | $ (17,029.50) |  |
| CNB | 22414399 | 04/02/10 | Turell, Harvey & Linda |  | $ (1,101.50) |  |
| CNB | 22414399 | 05/03/10 | Turell, Harvey & Linda |  | $ (19,788.50) |  |
| CNB | 22414399 | 05/05/10 | Turell, Harvey & Linda |  | $ (1,153.50) |  |
| CNB | 22414399 | 05/25/10 | Turell, Harvey & Linda | 20% Adjustment | $ (2,141.00) |  |
| CNB | 22414399 | 06/02/10 | Turell, Harvey & Linda |  | $ (1,178.00) |  |
| CNB | 22414399 | 06/08/10 | Turell, Harvey & Linda |  | $ (20,001.00) |  |
| CNB | 22414399 | 07/02/10 | Turell, Harvey & Linda |  | $ (1,199.50) |  |
| CNB | 22414399 | 07/06/10 | Turell, Harvey & Linda |  | $ (19,835.00) |  |
| CNB | 22414399 | 08/02/10 | Turell, Harvey & Linda |  | $ (1,228.50) |  |
| CNB | 22414399 | 08/03/10 | Turell, Harvey & Linda |  | $ (20,332.00) |  |
| CNB | 22414399 | 09/02/10 | Turell, Harvey & Linda |  | $ (20,665.00) |  |
| CNB | 22414399 | 09/07/10 | Turell, Harvey & Linda |  | $ (1,255.00) |  |
| CNB | 22414399 | 10/04/10 | Turell, Harvey & Linda |  | $ (20,921.00) |  |
| CNB | 22414399 | 10/04/10 | Turell, Harvey & Linda |  | $ (1,225.00) |  |
| CNB | 22414399 | 11/02/10 | Turell, Harvey & Linda |  | $ (20,664.00) |  |
| CNB | 22414399 | 11/02/10 | Turell, Harvey & Linda |  | $ (1,207.50) |  |
| CNB | 22414399 | 12/02/10 | Turell, Harvey & Linda |  | $ (21,353.00) |  |
| CNB | 22414399 | 12/02/10 | Turell, Harvey & Linda |  | $ (1,256.50) | $ (271,026.50) |
| CNB | 22414399 | 01/04/11 | Turell, Harvey & Linda |  | $ (21,585.00) |  |
| CNB | 22414399 | 01/04/11 | Turell, Harvey & Linda |  | $ (1,281.50) |  |
| CNB | 22414399 | 02/03/11 | Turell, Harvey & Linda |  | $ (22,235.00) |  |
| CNB | 22414399 | 02/03/11 | Turell, Harvey & Linda |  | $ (1,302.00) |  |
| CNB | 22414399 | 03/02/11 | Turell, Harvey & Linda |  | $ (22,406.50) |  |
| CNB | 22414399 | 03/03/11 | Turell, Harvey & Linda |  | $ (1,326.00) |  |
| CNB | 22414399 | 04/04/11 | Turell, Harvey & Linda |  | $ (21,949.50) |  |
| CNB | 22414399 | 04/06/11 | Turell, Harvey & Linda |  | $ (1,299.50) |  |
| CNB | 22414399 | 05/03/11 | Turell, Harvey & Linda |  | $ (22,494.50) |  |
| CNB | 22414399 | 05/03/11 | Turell, Harvey & Linda |  | $ (1,331.50) |  |
| CNB | 22414399 | 06/02/11 | Turell, Harvey & Linda |  | $ (21,920.00) |  |
| CNB | 22414399 | 06/03/11 | Turell, Harvey & Linda |  | $ (1,281.00) |  |
| CNB | 22414399 | 07/05/11 | Turell, Harvey & Linda |  | $ (21,906.00) |  |
| CNB | 22414399 | 07/05/11 | Turell, Harvey & Linda |  | $ (1,273.00) |  |
| CNB | 22414399 | 08/03/11 | Turell, Harvey & Linda |  | $ (22,245.50) |  |
| CNB | 22414399 | 08/08/11 | Turell, Harvey & Linda |  | $ (1,301.50) |  |
| CNB | 22414399 | 09/02/11 | Turell, Harvey & Linda |  | $ (21,862.50) |  |
| CNB | 22414399 | 09/06/11 | Turell, Harvey & Linda |  | $ (1,276.50) |  |
| CNB | 22414399 | 10/03/11 | Turell, Harvey & Linda |  | $ (22,301.00) |  |
| CNB | 22414399 | 10/03/11 | Turell, Harvey & Linda |  | $ (1,307.00) |  |
| CNB | 22414399 | 11/01/11 | Turell, Harvey & Linda |  | $ (21,871.00) |  |
| CNB | 22414399 | 11/02/11 | Turell, Harvey & Linda |  | $ (1,282.00) |  |
| CNB | 22414399 | 12/02/11 | Turell, Harvey & Linda |  | $ (21,601.00) |  |
| CNB | 22414399 | 12/06/11 | Turell, Harvey & Linda |  | $ (1,263.00) | $ (279,902.00) |
| CNB | 22414399 | 01/04/12 | Turell, Harvey & Linda |  | $ (21,926.00) |  |
| CNB | 22414399 | 01/05/12 | Turell, Harvey & Linda |  | $ (1,264.00) |  |
| CNB | 22414399 | 02/02/12 | Turell, Harvey & Linda |  | $ (22,089.00) |  |
| CNB | 22414399 | 02/02/12 | Turell, Harvey & Linda |  | $ (1,274.50) |  |
| CNB | 22414399 | 03/02/12 | Turell, Harvey & Linda |  | $ (22,365.50) |  |
| CNB | 22414399 | 03/08/12 | Turell, Harvey & Linda |  | $ (1,301.00) |  |
| CNB | 22414399 | 04/03/12 | Turell, Harvey & Linda |  | $ (21,930.00) |  |
| CNB | 22414399 | 04/03/12 | Turell, Harvey & Linda |  | $ (1,271.00) |  |
| CNB | 22414399 | 05/03/12 | Turell, Harvey & Linda |  | $ (22,667.50) |  |
| CNB | 22414399 | 05/07/12 | Turell, Harvey & Linda |  | $ (1,329.00) |  |
| CNB | 22414399 | 06/05/12 | Turell, Harvey & Linda |  | $ (22,305.50) |  |

| Bank Name | Account # | Date | Payor/Payee | Memo/Notes | Amount | Annual (Excl. Buybacks) |
|---|---|---|---|---|---|---|
| CNB | 22414399 | 06/11/12 | Turell, Harvey & Linda | | $ (1,299.50) | |
| CNB | 22414399 | 07/03/12 | Turell, Harvey & Linda | | $ (22,859.00) | |
| CNB | 22414399 | 07/03/12 | Turell, Harvey & Linda | | $ (1,327.00) | |
| CNB | 22414399 | 08/01/12 | Turell, Harvey & Linda | | $ (22,456.00) | |
| CNB | 22414399 | 08/01/12 | Turell, Harvey & Linda | | $ (1,270.00) | |
| CNB | 22414399 | 09/04/12 | Turell, Harvey & Linda | | $ (22,593.00) | |
| CNB | 22414399 | 09/07/12 | Turell, Harvey & Linda | | $ (1,289.00) | |
| CNB | 22414399 | 10/02/12 | Turell, Harvey & Linda | | $ (22,740.00) | |
| CNB | 22414399 | 10/02/12 | Turell, Harvey & Linda | | $ (1,285.50) | |
| CNB | 22414399 | 11/05/12 | Turell, Harvey & Linda | | $ (22,493.50) | |
| CNB | 22414399 | 11/09/12 | Turell, Harvey & Linda | | $ (1,282.50) | |
| CNB | 22414399 | 12/04/12 | Turell, Harvey & Linda | | $ (22,407.50) | |
| CNB | 22414399 | 12/04/12 | Turell, Harvey & Linda | | $ (1,281.50) | $ (284,307.00) |
| CNB | 22414399 | 01/03/13 | Turell, Harvey & Linda | | $ (1,311.50) | |
| CNB | 22414399 | 01/04/13 | Turell, Harvey & Linda | | $ (21,918.00) | |
| CNB | 22414399 | 02/05/13 | Turell, Harvey & Linda | | $ (22,708.50) | |
| CNB | 22414399 | 02/05/13 | Turell, Harvey & Linda | | $ (1,303.00) | |
| CNB | 22414399 | 03/04/13 | Turell, Harvey & Linda | | $ (22,912.00) | |
| CNB | 22414399 | 03/04/13 | Turell, Harvey & Linda | | $ (1,279.00) | |
| CNB | 22414399 | 04/02/13 | Turell, Harvey & Linda | | $ (22,791.00) | |
| CNB | 22414399 | 04/05/13 | Turell, Harvey & Linda | | $ (1,310.00) | |
| CNB | 22414399 | 05/02/13 | Turell, Harvey & Linda | | $ (22,654.00) | |
| CNB | 22414399 | 05/02/13 | Turell, Harvey & Linda | | $ (1,321.50) | |
| CNB | 22414399 | 06/03/13 | Turell, Harvey & Linda | | $ (22,272.00) | |
| CNB | 22414399 | 06/03/13 | Turell, Harvey & Linda | | $ (1,295.50) | |
| CNB | 22414399 | 07/03/13 | Turell, Harvey & Linda | | $ (22,872.00) | |
| CNB | 22414399 | 07/05/13 | Turell, Harvey & Linda | | $ (1,336.50) | |
| CNB | 22414399 | 08/01/13 | Turell, Harvey & Linda | | $ (22,940.50) | |
| CNB | 22414399 | 08/05/13 | Turell, Harvey & Linda | # 164107249503 | $ (1,348.50) | |
| CNB | 22414399 | 09/05/13 | Turell, Harvey & Linda | | $ (22,844.50) | |
| CNB | 22414399 | 09/06/13 | Turell, Harvey & Linda | | $ (1,338.50) | |
| CNB | 22414399 | 10/08/13 | Turell, Harvey & Linda | | $ (1,314.50) | |
| CNB | 22414399 | 10/15/13 | Turell, Harvey & Linda | | $ (22,799.00) | |
| CNB | 22414399 | 11/04/13 | Turell, Harvey & Linda | | $ (22,850.50) | |
| CNB | 22414399 | 11/08/13 | Turell, Harvey & Linda | | $ (1,290.00) | |
| CNB | 22414399 | 12/02/13 | Turell, Harvey & Linda | | $ (22,893.50) | |
| CNB | 22414399 | 12/04/13 | Turell, Harvey & Linda | | $ (1,324.00) | $ (288,228.00) |
| CNB | 22414399 | 01/06/14 | Turell, Harvey & Linda | | $ (22,726.50) | |
| CNB | 22414399 | 01/07/14 | Turell, Harvey & Linda | | $ (1,300.50) | |
| CNB | 22414399 | 02/05/14 | Turell, Harvey & Linda | | $ (22,806.50) | |
| CNB | 22414399 | 02/05/14 | Turell, Harvey & Linda | | $ (1,309.50) | |
| CNB | 22414399 | 03/04/14 | Turell, Harvey & Linda | | $ (22,338.00) | |
| CNB | 22414399 | 03/05/14 | Turell, Harvey & Linda | | $ (1,320.00) | |
| CNB | 22414399 | 04/03/14 | Turell, Harvey & Linda | | $ (21,809.50) | |
| CNB | 22414399 | 04/03/14 | Turell, Harvey & Linda | | $ (1,290.50) | |
| CNB | 22414399 | 05/06/14 | Turell, Harvey & Linda | | $ (22,363.00) | |
| CNB | 22414399 | 05/06/14 | Turell, Harvey & Linda | | $ (1,323.00) | |
| CNB | 22414399 | 06/03/14 | Turell, Harvey & Linda | | $ (22,792.50) | |
| CNB | 22414399 | 06/04/14 | Turell, Harvey & Linda | | $ (1,341.50) | |
| CNB | 22414399 | 07/07/14 | Turell, Harvey & Linda | | $ (23,409.50) | |
| CNB | 22414399 | 08/06/14 | Turell, Harvey & Linda | | $ (23,590.00) | |
| CNB | 22414399 | 08/08/14 | Turell, Harvey & Linda | | $ (1,402.00) | |
| Grand Point | 102015823 | 09/08/14 | Turell, Harvey & Linda | | $ (1,402.00) | $ (192,524.50) |
| | | | | Total | $ (2,191,738.00) | $ (2,191,738.00) |